1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Cameron Shaw

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERON SHAW, | No. 2:19-cv-02077-KJM-KJN |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| BANDAR M. ALAZAB dba DOUBLE AA'S SMOKE SHOP; JAMAL ALI ALMORAISSI; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Cameron Shaw and Defendants, Bandar M. Alazab dba Double AA'S Smoke Shop; and Jamal Ali Almoraissi, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: March 19, 2020              MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Cameron Shaw

Dated: March 19, 2020              Law Office of Rick Morin, PC

                                   */s/ Richard Morin*
                                   Richard Morin
                                   Attorney for Defendants,
                                   Bandar M. Alazab dba Double AA'S Smoke Shop;
                                   and Jamal Ali Almoraissi

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Cameron Shaw